PD-0405-15

PD-0405-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/10/2015 11:40:08 AM
Accepted 4/15/2015 3:39:16 PM
ABEL ACOSTA
CLERK

**IN THE**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | |
|---|---|
| **JAMES SMITH** | § |
| | § |
| **Petitioner** | § |
| | § |
| **VS** | § |
| | § |
| | § |
| **THE STATE OF TEXAS** | § |
| | § |
| **Appellee** | § |

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

**FROM THE COURT OF APPEALS**
**ELEVENTH DISTRICT OF TEXAS**
**NO. 11-12-00095-CR**

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes James Smith, appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file a Petition for Discretionary Review, and for good cause shows the following:

1.  The deadline for filing a Petition for Discretionary Review is April 10, 2015.

2.  The length of the extension sought is 45 days.

3.  No previous extensions have been requested.

4.  Counsel for petitioner has been preparing a brief for Jonathan Sanchez vs. State of Texas; Court of Appeal No. 11-14-00290-CR. Further, counsel for petitioner has been involved

in the preparation of a jury trial, Cause No. <u>7505</u>, entitled State of Texas v. Jeremy Wade Grimes which is set to begin on April 14, 2015. Counsel for petitioner was involved in the preparation and jury trial, State of Texas vs. Narada Norman; Cause No. 11149-D in the 350th Judicial District of Taylor County which began on March 16, 2015.

**WHEREFORE, PREMISES CONSIDERED**, petitioner respectfully requests an extension of 45 days, i.e. until May 25, 2015, to file a Petition for Discretionary Review.

Respectfully submitted,

Parker & Blizzard, P.L.L.C.
702-C Hickory
Abilene, TX 79601
Tel: (325) 480-2903
Fax: (866) 651-2320

By: */s/ Jacob Blizzard*

Jacob Blizzard
State Bar No. 24068558
Attorney for James Smith

## CERTIFICATE OF SERVICE

This is to certify that on April 10, 2015, a true and correct copy of the above and foregoing document was served on the Taylor County District Attorney's Office, Taylor County, Texas, by facsimile transmission to 325-674-1306.

*/s/ Jacob Blizzard*

Jacob Blizzard

**IN THE**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | |
|---|---|
| **JAMES SMITH** § | |
| § | |
| **Petitioner** § | |
| § | |
| **VS** § | |
| § | |
| **THE STATE OF TEXAS** § | |
| § | |
| **Appellee** § | |

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

**FROM THE COURT OF APPEALS**
**ELEVENTH DISTRICT OF TEXAS**
**NO. 11-12-00095-CR**

**ORDER FOR A SETTING**

On _____, 2015, the Defendant filed a Motion to Extend Time to File

Brief in Support of Petition for Discretionary Review. The Court finds that the party is entitled

to a hearing on this matter, and it is THEREFORE ORDERED that a hearing on this motion is

set for _____, at _____.

Signed on _____.


_____
JUDGE PRESIDING

**IN THE**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | |
|---|---|
| **JAMES SMITH** § | |
| § | |
| **Petitioner** § | |
| § | |
| **VS** § | |
| § | |
| **THE STATE OF TEXAS** § | |
| § | |
| **Appellee** § | |

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

**FROM THE COURT OF APPEALS**
**ELEVENTH DISTRICT OF TEXAS**
**NO. 11-12-00095-CR**

**O R D E R**

On _____, 2015, came on to be considered James Smith's Motion to Extend Time to File Brief in Support of Petition for Discretionary Review, and said motion is hereby

(Granted)   (Denied)

_____
JUDGE PRESIDING